1  **SEDGWICK LLP**
   RALPH A. CAMPILLO (BAR NO. 70376)
2  Email: ralph.campillo@sedgwicklaw.com
   WENDY A. TUCKER (BAR NO. 121122)
3  Email: wendy.tucker@sedgwicklaw.com
   MICHAEL M. WALSH (BAR NO. 150865)
4  Email: michael.walsh@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
5  Los Angeles, CA  90017-5556
   Telephone:    213.426.6900
6  Facsimile:    213.426.6921

7  Attorneys for Defendant
   THOMAS P. SCHMALZRIED, M.D.,
8  A Professional Corporation,

9

10                    **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

12  ANTHONY HALL,                          CASE NO.  3:12-cv-00267-NC

13        Plaintiff(s),                    **STIPULATION TO EXTEND TIME TO**
                                           **RESPOND TO COMPLAINT (L.R. 6-1)**
14        v.

15  DEPUY ORTHOPAEDICS, INC.,
    THOMAS P. SCHMALZRIED, M.D., A
16  PROFESSIONAL CORPORATION; and           Complaint served: November 30, 2011
    DOES 1 through 20, inclusive,           Removal Date: January 18, 2012
17                                          Current Response Date: January 25, 2012
          Defendants.                       Agreed Response Date: February 24, 2012
18

19

20

21  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22        Defendant Thomas P. Schmalzried, M.D., a Professional Corporation ("Defendant")

23  hereby requests, and Plaintiff Anthony Hall ("Plaintiff") hereby agrees to Defendant's request,

24  for an extension of time for Defendant to file a response to Plaintiff's Complaint.  Plaintiff's

25  Complaint was filed on November 30, 2011, Defendant was served on or about December 22,

26  2011, and the case was removed on January 18, 2012.

27

28

1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1130182v1

1  THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for
2  Defendant to respond to February 24, 2012.

3

4  DATED: January 20, 2012                SEDGWICK LLP

5

6                                         By:_____/s/ Michael M. Walsh_____
7                                             Ralph Campillo
                                              Wendy Tucker
8                                             Michael M. Walsh
                                              Attorneys for Defendant
9                                             THOMAS P. SCHMALZRIED, M.D., a
                                              Professional Corporation
10

11

12  DATED: January 20, 2012               LEVINE SIMES KAISER & GRONICK LLP

13

14                                        By:_____/s/ David Markevitch_____
                                              Lawrence J. Gornick
15                                            David Markevitch
                                              Ariel K. Salzer
16                                            Attorney for Plaintiff
                                              ANTHONY HALL
17

18

19  DATED: January 25, 2012

*IT IS SO ORDERED*

/s/ Maxine M. Chesney
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**
LA/1130182v1