ALEXANDER G. CALFO (SBN 152891)
 ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
 KOlah@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendant DEPUY
ORTHOPAEDICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY HALL,<br><br>  Plaintiff,<br><br>  vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO. CV12-00267-MMC<br><br>[~~PROPOSED~~] ORDER RE AMENDED STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff ANTHONY HALL and Defendants DEPUY ORTHOPAEDICS, INC. and THOMAS P. SCHMALZRIED, M.D., A Professional Corporation (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

  1.  The Parties' request for a stay of proceedings is GRANTED;

  2.  All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

  3.  All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __Jan. 25__, 2012

_____
(Hon. Maxine M. Chesney)

Respectfully submitted by,

DATED: January 25, 2012        YUKEVICH CALFO & CAVANAUGH

By:  /s/ *Kelley S. Olah*
_____
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendant DEPUY
ORTHOPAEDICS, INC.